**RECEIVED**
APR 22 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAURENCE SEIDENFELD
93084-011       10/2
Federal Medical Center
PMB 4000
Rochester, Mn  55903-4000

Clerk of the U.S. District Court
1301 Clay Street
Oakland, Ca  94612

E-filing  MHP

CV 08  -2102

April 15th, 2008

(PR)

Please find enclosed three copies of a law-suit pertaining
to a Tort claim.

Please return to me in the enclosed postage paid and pre-
addressed envelope one copy for my records.

It would also be appreciated if you could send one
copy to the US Attorneys office in your building.
Please advise me if this has been done and if you cannot serve
them for me, please send me all necessary papers that I
can complete and have done myself.

Thank you in advance for your time and trouble in
this matter.

Laurence Seidenfeld

PS:  Please also advise me as the amount of filing fees
that are necessary;  also any forms to waiver the costs
for me. Thank you.